

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

**MEMO ENDORSED**

Daniella E. Adler
212.471.4470 direct
212.583.9600 main
212.898.1201 fax
dadler@littler.com

June 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

**VIA ECF**

Hon Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Colon v. Montefiore Medical Center,* 1:20-cv-10438-VEC

Dear Judge Caproni:

This firm represents Defendant Montefiore Medical Center in the above-referenced matter. We write pursuant to Rule 1(C) of Your Honor's Individual Rules to respectfully request an extension of time from June 10, 2021 until July 1, 2021, to file a letter motion for approval of settlement and the accompanying settlement agreement to allow the parties additional time to finalize the proposed settlement agreement. Plaintiff consents to this request.

Respectfully submitted,

*/s/ Daniella Adler*

Daniella E. Adler

DEA

**SO ORDERED:**

*Valerie Caproni*
_____
**Valerie E. Caproni, U.S.D.J.**
6/4/2021