

|  |  |
|---|---|
|  | **Littler Mendelson, P.C.**<br>900 Third Avenue<br>New York, NY  10022.3298 |
| **MEMO ENDORSED** | Daniella E. Adler<br>212.471.4470 direct<br>212.583.9600 main<br>212.898.1201 fax<br>dadler@littler.com |

June 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

**VIA ECF**

United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Colon v. Montefiore Medical Center,* 1:20-cv-10438-VEC

Dear Judge Caproni:

This firm represents Defendant Montefiore Medical Center in the above-referenced matter. We write pursuant to Rule 1(C) of Your Honor's Individual Rules to respectfully request an extension of time from July 1, 2021 until July 9, 2021, to file a letter motion for approval of settlement and the accompanying settlement agreement to allow the parties additional time to finalize the settlement agreement and request for approval of the settlement. Plaintiff consents to this request. This is the parties' second request for an extension of this deadline.

Respectfully submitted,

*/s/ Daniella Adler*

Daniella E. Adler

DEA

Application GRANTED.  No further extensions will be granted.

SO ORDERED.

*Valerie Caproni*                6/29/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE